FILED
October 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003853981

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX: (559) 435-5656

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In the Matter of:

MICHAEL GUTIERREZ and

MARISA RACHELLE RICKERT

Debtors

Case No.: 11-16443-B-7

DC No. SAS-1

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**

Date: November 22, 2011
Time: 10:00 A.M.
Dept: B
Judge: W. Richard Lee

1. Sheryl A. Strain is the duly appointed qualified and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on June 3, 2011, and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. After investigating the debtors' schedules and duly conducting the §341(a) Meeting of Creditors, the Trustee discovered that the debtor, Michael Gutierrez, had a secured promissory note for property at 2125 Princeton Street, Delano, California on which Miguel Amaya was the payor ("The Note"). The Note has a current face value of $22,842.34.

4. The Trustee has calculated the present value of the future income stream of this note.

5. The Trustee and Miguel Amaya, have reached an agreement wherein The Note

1

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

will be paid in full by a lump sum payment of Fifteen Thousand 00/100 Dollars ($15,000.00). The total sum of $15,000.00 has been received by the estate and deposited into an estate account.

6. There is an outstanding loan secured by the note in the amount of $8,372.45. This transaction will not have tax consequences. After payment of the lien, the Trustee expects the estate to net $6,627.55.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to Miguel Amaya for the total sum of $15,000.00.

**DATED**: 10/24/11

      /s/ Sheryl A. Strain
Sheryl A. Strain
Chapter 7 Trustee